133 F.3d 909
 Honorable Charles H. Cuffeld, President Judge Philadelphia
Traffic Court
v.
Robert N.C. Nix, Jr., Chief Justice Supreme Court of
Pennsylvania, Honorable John P. Flaherty, Jr., Justice of
Supreme Court of Pennsylvania, Honorable Stephen A. Zappala,
Justice of Supreme Court of Pennsylvania, Honorable Ralph J.
Cappy, Justice of Supreme Court of Pennsylvania, Honorable
Ronald D. Castille, Justice of Supreme Court of
Pennsylvania, Honorable Sandra Schultz Newman,
 NO. 96-2155
 United States Court of Appeals,
Third Circuit.
 Nov 07, 1997
 Appeal From: E.D.Pa. ,No.96cv03635
 
 1
 Affirmed.